# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ZOLTAN FUTAKI** and **MARIANN GYORGY,**
Appellant,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,**
as Trustee for Harborview Mortgage Loan Pass-Through Certificates,
Series 2006-5,
Appellee.

No. 4D19-2672

[August 13, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge; L.T. Case No. CACE18002430.

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale, for appellants.

Nancy M. Akerman of Akerman LLP, Tallahassee, and William P. Heller of Akerman, LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., and KUNTZ, J. and SHEPHERD, CAROLINE, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***